1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOHAMMAD PRINCE,

                    Plaintiff,

    v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                   Defendant.

Case No.  EDCV 16-01556-KES

**JUDGMENT**

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED:  <u>March 21, 2017</u>

_____
KAREN E. SCOTT
United States Magistrate Judge